# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSDEV MANAGEMENT INC. and R.D. SECAUCUS, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, <br><br> Defendant. | Civil Action No.: _____ <br><br> Removed from: <br><br> Superior Court of New Jersey <br> Law Division – Hudson County <br><br> Docket No.: HUD-L-004093-25 |

## NOTICE OF REMOVAL

**TO:** Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Frank P. Winston, Esq.
**LERNER, ARNOLD & WINSTON, LLP**
331 Newman Springs Road
Building 1, Suite 143
Red Bank, New Jersey 07701
(732) 784-1820
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Employers Insurance Company of Wausau ("Employers"), by its undersigned attorneys, Finazzo Cossolini O'Leary Meola & Hager, LLC, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of New Jersey, Law Division, Hudson County, 595 Newark Avenue, Jersey City, New Jersey, to the United States District Court for the District of New Jersey. The grounds for removal are as follows:

1. On October 24, 2025, Plaintiffs, Rosdev Management Inc. and R.D. Secaucus, L.P. (collectively referred to as "Plaintiffs"), commenced this action in the Superior Court of New Jersey, Law Division, Hudson County, Docket No. HUD-L-004093-25, by filing a Complaint.

2. Service of the Complaint was effectuated on November 5, 2025 via service on the New Jersey Department of Banking and Insurance, Office of the Commissioner. True and complete copies of all process, pleadings, and order received by Employers in the state court action, consisting at this time of the Summons and Complaint, Track Assignment Notice, and Affidavit of Service are attached hereto as **Exhibit A**.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it is filed within 30 days of November 5, 2025, the date on which Employers was served with the Complaint.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Employers pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. This first-party insurance coverage dispute arises from the claimed damage to real and personal property and for alleged loss of business income associated with an incident that occurred on or about December 18, 2023, at a vacant hotel proper located at 2 Harmon Plaza, Secaucus, New Jersey (the "Property") for which Plaintiffs seek coverage under the policy issued to Plaintiffs by Employers.

6. According to Paragraphs 7 and 8 of the Complaint, Plaintiffs possess an ownership and insurable interest in the Property. *See* Exh. A.

7. Plaintiff Rosdev Management Inc. is a foreign corporation organized and existing

under the laws of Canada, with its principal place of business located at 7077, Ave Du Parc, Suite 600, Montreal, Quebec, Canada. Accordingly, for the purposes of diversity jurisdiction, Plaintiff Rosdev Management Inc. is a citizen of Canada.

8. Employers has undertaken a reasonable investigation into Plaintiff R.D. Secaucus, L.P.'s corporate structure and citizenship for diversity purposes. Based upon this investigation, including review of pleadings of civil actions involving Plaintiffs and other publicly available sources of information, it is Employers' understanding and belief that;

    a. Plaintiff R.D. Secaucus, L.P. is a New Jersey limited partnership with its principal place of business located at 2 Harmon Plaza, Secaucus, New Jersey;

    b. Plaintiff R.D. Secaucus, L.P. has four partners: Rosdev Hospitality US LLC, Rosdev South LP, Roseshield Investments Inc., and Thomas Rosenberg;

        i. Thomas Rosenberg is an individual who resides in the State of New Jersey;

        ii. Roseshield Investments Inc. is a is a foreign corporation organized and existing under the laws of Canada, with its principal place of business located at 600-7077 Ave du Parc, Montreal, Quebec, Canada;

        iii. Rosdev Hospitality US LLC is owned by two members: 9169024 Canada, Inc., and Rosdev Hotel Management Services Inc.;

            a) 9169024 Canada, Inc. is a foreign corporation organized and existing under the laws of Canada, with its principal place of business located at 7077, Ave Du Parc, Suite 600, Montreal, Quebec, Canada;

            b) Rosdev Hotel Management Services Inc. is a foreign corporation, organized and existing under the laws of Canada with its principal place of business located at 7077, Ave Du Parc, Suite 600, Montreal, Quebec,

Canada; and

  iv. Rosdev South LP is owned by two members: Rosdev Hospitality US LLC and Rosdev Hotel Management Services Inc. The corporate ownership of these two entities has been identified above.

Accordingly, for the purposes of diversity jurisdiction, Plaintiff R.D. Secaucus, L.P. is a citizen of the State of New Jersey and of Canada.

 7. Employers is a company organized under the laws of the State of Wisconsin, with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts. Accordingly, for the purposes of diversity jurisdiction, Employers is a citizen of the State of Wisconsin and the Commonwealth of Massachusetts.

 8. There is complete diversity of citizenship between the parties, thereby satisfying the diversity of citizenship requirement of 28 U.S.C. § 1332.

 9. Plaintiffs' Complaint does not include a statement of damages. Consequently, Employers conducted a reasonable inquiry regarding the amount in controversy, which included a review of the sworn and executed Proofs of Loss submitted on behalf of Plaintiffs and other relevant documents contained in its claim file for the referenced loss.

 10. Based upon that inquiry, and upon information and belief, Plaintiffs' damages claim far exceeds the sum of $75,000.00, exclusive of interest and costs, thereby satisfying the amount in controversy requirement of 28 U.S.C. § 1332.

 11. Employers will promptly serve a copy of this Notice of Removal on counsel for Plaintiffs, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Hudson County, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Employers Insurance Company of Wausau, under 28 U.S.C. §§ 1332, 1441 and 1446, removes this action in its entirety from the Superior Court of New Jersey, Law Division, Hudson County, to the United States District Court for the District of New Jersey.

Dated: December 5, 2025                **FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**

By:  /s/ Rachel R. Hager
     RACHEL R. HAGER, ESQ.
     180 Park Avenue, Suite 202
     Florham Park, New Jersey 07932
     (973) 343-4960
     rachel.hager@finazzolaw.com
     *Attorneys for Defendant*
     *Employers Insurance Company of Wausau*

**CERTIFICATION PURSUANT TO L. CIV. R. 11.2**

Upon information and belief, I certify that the underlying alleged loss that is the subject matter of the insurance coverage action now before this Court is not part of any other action pending in any Court or of any pending arbitration or administrative proceeding except for the Hudson County Superior Court Law Division upon which this removal application is based (HUD-L-004093-25).

Dated: December 5, 2025              **FINAZZO COSSOLINI O'LEARY
                                      MEOLA & HAGER, LLC**

                                     By:  */s/ Rachel R. Hager*
                                          RACHEL R. HAGER, ESQ.
                                          180 Park Avenue, Suite 202
                                          Florham Park, New Jersey 07932
                                          (973) 343-4960
                                          rachel.hager@finazzolaw.com
                                          *Attorneys for Defendant*
                                          *Employers Insurance Company of Wausau*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2025, the foregoing Notice of Removal, with attachments, and this Certification of Service, was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and that a copy of same was served via e-mail upon the following known counsel of record:

Frank P. Winston, Esq.
**LERNER, ARNOLD & WINSTON, LLP**
331 Newman Springs Road
Building 1, Suite 143
Red Bank, New Jersey 07701
(732) 784-1820
fwinston@lawpartnersllp.com
*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/ Rachel R. Hager*
　　　　　　　　　　　　　　　　　　　　RACHEL R. HAGER, ESQ.